1
2
3                    UNITED STATES DISTRICT COURT
4                         DISTRICT OF NEVADA
5   RONALD J. ALLISON,                     Case No.  2:21-cv-01399-JAD-DJA
6                          Plaintiff                **ORDER**
7        v.
8   JOHN J. PIRO, et al.,
9                        Defendants.
10
11  **I.      DISCUSSION**

12          On July 23, 2021, Plaintiff, an inmate in the custody of the Stein Forensic Unit

13  submitted a complaint.  (ECF No. 1).  Plaintiff has not filed an application to proceed *in*

14  *forma pauperis* in this matter or submitted a filing fee.

15          Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin

16  a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil

17  action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the

18  inmate must submit <u>all three</u> the following documents to the Court:

19          (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

20          Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on

21          page 3),

22          (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

23          official (i.e. page 4 of this Court's approved form), and

24          (3) a copy of the **inmate's prison or jail trust fund account statement for the**

25  **previous six-month period**.

26          The Court will grant Plaintiff a **one-time** opportunity to file a complaint and a fully

27  complete application to proceed *in forma pauperis* containing all three of the required

28  documents, or in the alternative, pay the full $402 filing fee for this action on or before

**August 30, 2021.** Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before , the Court will dismiss this case <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee. To clarify, a dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **August 30, 2021** to proceed with this case.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **August 30, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully

complete application to proceed *in forma pauperis* with all three documents or pay the full

$402 filing fee for a civil action on or before **August 30, 2021**, the Court will recommend

that this action be dismissed <u>without prejudice</u>.

DATED:  August 9, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

.